ORIGINAL

| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | SEND<br>6-16-03 |

CIVIL MINUTES-GENERAL

CASE NO. CV 00-7667-RSWL: Dan Padilla, et al. v. Southwest Airline Co.
CASE NO. CV 00-9982-RSWL: Linda McDonnell, et al. v. Southwest Airline Co.
CASE NO. CV 01-1726-RSWL: Kenyaan Cook v. Southwest Airlines Co, et al.
CASE NO. CV 01-3157-RSWL: Janet Chomo, et al. v. Southwest Airlines Co., et al.
CASE NO. CV 01-4103-RSWL: Janie Weinstein v. Southwest Airlines Company, et al.

PRESENT:     HONORABLE RONALD S.W. LEW, JUDGE

| Kelly Davis | Sheri Ogata |
|---|---|
| Court Clerk | Court Reporter |

| ATTORNEYS FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| Garland Bell | Christopher Young |
| James Kristy | James Huston |
| David Berglund | Arthur Willner |
| Charles Finkel | |
| Arthur Wasserman | |

PROCEEDINGS: STATUS CONFERENCE

Court and Counsel confer. Pretrial conference is held. Court will sign Pretrial Conference Orders as submitted by the parties. **The Court sets the following Jury trial dates:**

CV 00-7667-RSWL: AUGUST 19, 2003, AT 9:00 A.M.
CV 00-9982-RSWL: SEPTEMBER 30, 2003, AT 9:00 A.M
CV 01-1726-RSWL: OCTOBER 28, 2003, AT 9:00 A.M.
CV 01-3157-RSWL: NOVEMBER 18, 2003, AT 9:00 A.M.
CV 01-4103-RSWL: AUGUST 12, 2003 AT 9:00 A.M.



ENTER ON ICMS
JUN 18 2003

MINUTES FORM 11
CIV-GEN

INITIALS OF DEPUTY CLERK kd

33