COPY

JAMES W. HUSTON (Bar No. 115596)
CHRISTOPHER M. YOUNG (Bar No. 163319)
LINDA L. LANE (Bar No. 211206)
GRAY CARY WARE & FREIDENRICH LLP
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: 858-638-6948
Fax: 858-677-1401

Attorneys for Defendant
Southwest Airlines Co.

FILED
CLERK, U S DISTRICT COURT
JUL - [illegible]
CENTRAL DISTRICT OF CALIF.
BY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT, WESTERN DIVISION

STEVEN WEINSTEIN, JANIE WEINSTEIN and MELANIE WEINSTEIN,

Plaintiffs,

vs.

SOUTHWEST AIRLINES and DOES 1 to 10,

Defendants.

CASE NO. CV-01 4103 RSWL (RCx)

STIPULATION AND ORDER TO CONTINUE TRIAL DATE

ENTER ON ICMS
JUL 2 2003

The parties hereto, by and thru their attorneys of record, hereby stipulate, and request that this Court Order, as follows:

1.      At the pretrial conference held in this matter on June 16, this court assigned a trial date in this case of August 12, 2003. During the hearing, counsel for Defendant Southwest represented that Defendant's expert witness psychiatrist, Dr. Bernard Rappaport, was unavailable that week, but mistakenly represented that Dr. Rappaport was not involved in the Weinstein case. Counsel realized following the hearing that this representation was incorrect, and that Dr. Rappaport is involved in, and will need to testify at the trial of, the Weinstein matter.

2.      Counsel for Defendant Southwest has spoken with counsel for Plaintiff Weinstein, who has graciously agreed to accommodate these scheduling conflicts on the defense side and to stipulate to continue the trial of this action. Counsel for Defendant

-1-

GRAY CARY WARE
& FREIDENRICH LLP

SD\1562376.1
2103563-1

1  Southwest represents that the scheduling conflicts discussed above will not affect the trial
2  dates set by this Court in the other four related cases.
3      3.  Counsel for Plaintiff Weinstein and counsel for Defendant Southwest are
4  available for trial beginning on September 9, September 16, or September 23, and request
5  that this Court set this trial for one of those dates. Counsels' preferred date is September
6  9, and counsel accordingly requests that this Court set trial to begin that date, subject of
7  course to the Court's calendar.
8      IT IS SO STIPULATED.
9      Dated: June 27, 2003

                                    LAW OFFICES OF ARTHUR WASSERMAN &
                                    MILLER

                                    By _____
                                        ARTHUR WASSERMAN
                                        Attorneys for Plaintiffs
                                        STEVEN WEINSTEIN, JANIE WEINSTEIN
                                        and MELANIE WEINSTEIN

15  Dated: June 23, 2003

                                    GRAY CARY WARE & FREIDENRICH LLP

                                    By _____
                                        CHRISTOPHER M. YOUNG
                                        Attorneys for Defendant
                                        SOUTHWEST AIRLINES

    Trial in the above-referenced matter, formerly scheduled to begin August 12, 2003,
shall be continued. The trial of the above-referenced case shall be set for __9-9__, 2003, 9AM

                                    RONALD S.W. LEW
                                    _____
                                    RONALD S.W. LEW
                                    UNITED STATES DISTRICT JUDGE

-2-